JOSEPH P. RUSSONIELLO
United States Attorney
JUDITH A. WHETSTINE
Chief, Civil Division
RONALD S. PETERSON
Assistant United States Attorney
450 Golden Gate Avenue, Box 36043
San Francisco, CA  94102
Telephone: (415) 556-2341

Attorneys for Plaintiff



ORIGINAL FILED
SEP 13 1988
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )  NO. C88 3592 M
              Plaintiff,   )
                           )
         v.                )
                           )
RICHARD A. MILLER,         )  C O M P L A I N T
                           )  (NDSL - Student Loan)
              Defendant.   )
                           )

Plaintiff, through its undersigned attorneys, alleges:

1. <u>Jurisdiction</u>:  The Court has jurisdiction of this action under 28 U.S.C. § 1345.

2. Defendant resides in the Northern District of California.

3. Defendant owes plaintiff $948.40, plus additional interest, according to the Certificate of Indebtedness, a copy which is annexed hereto as Exhibit A.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $948.40, interest, and costs.

DATED: September 7, 1988      JOSEPH P. RUSSONIELLO
                              United States Attorney

                         By: /s/ Ronald Peterson
                              RONALD S. PETERSON
                              Assistant United States Attorney

```
                        IRNIA    94585

Unpaid Principal Balance:                           $769.00
Interest at 3% per annum as of       07/25/88       $179.40
Total debt as of                     07/25/88       $948.40
```

## CERTIFICATE OF INDEBTEDNESS

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above plus additional interest from 07/25/88.

On 06/05/79, 06/18/79, 07/02/79, 07/17/79, 08/06/79, 08/16/79, 09/04/79, 09/18/79, 10/02/79 and 10/16/79, the debtor executed promissory note(s) to secure loan(s) of $1,050.00 from National Technical Schools, Los Angeles, California at 3 percent interest per annum. The loan(s) was/were made by the institution under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. Section 1087aa et seq. (34 C.F.R. Part 674). The terms of the note(s) required repayment beginning 9 months after the debtor ceased carrying at least one-half the normal full-time academic workload at an eligible institution.

On or before 01/31/80, the debtor ceased carrying at least one-half the normal full-time academic workload. The holder demanded payment according to the terms of the note(s), and the debtor defaulted on the obligation. The holder then assigned all rights and titles to the loan(s) to the Department of Education pursuant to 20 U.S.C. Section 1087cc(a)(5). The debtor has made no payments on this debt.

PAGE 2 - CERTIFICATE OF INDEBTEDNESS

For the foregoing reasons, the debtor named above owes the United States of America the principal amount, accrued interest, and additional interest from the date above.

_____
Marguerite Williams
Acting Supervisor, Litigation Unit


Subscribed and sworn before me this 02 day of August 1988.

_____
Notary Public in and for the City and County of SAN FRANCISCO, CALIFORNIA

OFFICIAL SEAL
SHIRLEY L AMEY
NOTARY PUBLIC-CALIFORNIA
CITY & COUNTY OF
SAN FRANCISCO
MY COMM. EXP. JUNE 29, 1990