I hereby certify that this
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
WILLIAM L. WHITTAKER
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date FEB 0 9 1989

ORIGINAL
FILED
FEB 0 9 1989
CLERK, U. S. DIST. COURT
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD A. MILLER,<br><br>    Defendant. | NO. C-88-3592 M<br><br><br><br>JUDGMENT ON DEFAULT |

In the above entitled action, the defendant

RICHARD A. MILLER

having been duly served with Summons and a copy of the Complaint in the said action, and the defendant having failed to appear, answer, plead or otherwise defend in the said action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against said defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the

Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act; and praying that judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid, IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the said defendant RICHARD A. MILLER
the sum of $991.34 as principal, interest and costs, together with interest from the date of this judgment at the current legal rate of 9.16% per annum, which will be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: FEB 0 9 1989

WILLIAM L. WHITTAKER, Clerk
United States District Court

**BUD FERIA**
Deputy Clerk

Form CBD-183
12-8-76 DOJ

JUDGMENT ON DEFAULT                                                          2.